```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 09131
   JAN KUBIK
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2125

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/18/2007 and was confirmed 08/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/28/2009.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG         .00             .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE     15777.72            .00        15777.72
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED             .00             .00
HARRIS NA                 NOTICE ONLY     NOT FILED             .00             .00
WELLS FARGO               NOTICE ONLY     NOT FILED             .00             .00
WELLS FARGO OPERATION CE  CURRENT MORTG         .00             .00             .00
WELLS FARGO OPERATION CE  MORTGAGE ARRE      1617.68            .00         1617.68
COOK COUNTY TREASURER     PRIORITY        NOT FILED             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY            300.00          26.79          300.00
HITCHCOCK AND ASSOCIATES  PRIORITY        NOT FILED             .00             .00
ARROW ACCEPTANCE CORP     NOTICE ONLY     NOT FILED             .00             .00
AMERICAN COLLECTION       UNSEC W/INTER   NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     10448.18        1286.33         1038.87
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER      3429.24         422.25          340.96
B-REAL LLC                UNSEC W/INTER      2179.47         268.28          216.70
B-REAL LLC                UNSEC W/INTER      1071.15         131.82          106.50
FIRST REVENUE ASSURANCE   UNSEC W/INTER   NOT FILED             .00             .00
HARRIS                    UNSEC W/INTER   NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER       398.54          49.07           39.63
ROUNDUP FUNDING LLC       UNSEC W/INTER       507.32          62.49           50.43
LEADING EDGE RECOVERY SO  UNSEC W/INTER   NOT FILED             .00             .00
SEARS/CBSD                UNSEC W/INTER   NOT FILED             .00             .00
SEARS/CBSD                UNSEC W/INTER   NOT FILED             .00             .00
SHELL/CITI                UNSEC W/INTER   NOT FILED             .00             .00
SHERMAN ACQUISITION       UNSEC W/INTER   NOT FILED             .00             .00
ROUNDUP FUNDING LLC       UNSEC W/INTER      1160.09         142.89          115.34
ROUNDUP FUNDING LLC       UNSEC W/INTER       809.31          99.59           80.47
BANK OF AMERICA           SECURED NOT I         .00             .00             .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER       500.00          61.59           49.71
BANK OF AMERICA           UNSEC W/INTER     24748.45        3047.03         2460.75
ANETA OWCZAREK            NOTICE ONLY     NOT FILED             .00             .00
ANETA OWCZAREK            NOTICE ONLY     NOT FILED             .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 09131 JAN KUBIK
```

```
ANETA OWCZAREK             NOTICE ONLY    NOT FILED             .00              .00
HARRIS NA                  SECURED NOT I  NOT FILED             .00              .00
ROUNDUP FUNDING LLC        UNSEC W/INTER   3191.27           392.90           317.31
JEFFERSON CAPITAL SYSTEM   FILED LATE      1682.47              .00              .00
JEFFERSON CAPITAL SYSTEM   FILED LATE      1357.04              .00              .00
THOMAS R HITCHCOCK         DEBTOR ATTY     2,844.50                          2,844.50
TOM VAUGHN                 TRUSTEE                                           2,472.40
DEBTOR REFUND              REFUND                                                 .00

       Summary of Receipts and Disbursements:
  ----------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
  ----------------------------------------------------------------------------
TRUSTEE                  33,820.00

PRIORITY                                          300.00
     INTEREST                                      26.79
SECURED                                        17,395.40
UNSECURED                                       4,816.67
     INTEREST                                   5,964.24
ADMINISTRATIVE                                  2,844.50
TRUSTEE COMPENSATION                            2,472.40
DEBTOR REFUND                                        .00
                         ---------------    ---------------
TOTALS                   33,820.00             33,820.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE